1  HUESTON HENNIGAN LLP
   John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
   Douglas J. Dixon, State Bar No. 275389
3  ddixon@hueston.com
   620 Newport Center Drive, Suite 1300
4  Newport Beach, CA 92660
   Telephone:  (949) 229-8640
5  Facsimile:   (888) 775-0898

6  SOUTHERN CALIFORNIA EDISON COMPANY
   Belynda B. Reck, State Bar No. 163561
7  belynda.reck@sce.com
   Laura Meyerson, State Bar No. 186725
8  laura.meyerson@sce.com
   Brian Cardoza, State Bar No. 137415
9  brian.cardoza@sce.com
   2244 Walnut Grove Avenue
10 Rosemead, CA 91770
   Telephone:  (626) 302-6628
11 Facsimile:   (626) 302-6997

12 Attorneys for Defendants
   Southern California Edison Company and
13 Edison International

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  SAMAR ABDELGHANY; SEDIGHEH ALAMOTI; OMMID BAVARIAN; 18  IKRAM BITAR; JOHANNA BITAR; ANDREW BLANTON; CORY 19  BRANTLEY; MARGARET BURGARDT; CRYSTAL CANNON; 20  RENYI CAO; QI CHEN; STEVEN CHEN; JESIKA CLEMENT; VARUN 21  DENDI; LAN DENG; DEHZAD DERAKHSHANI; ASHOK EDA; 22  MOHAMED ELHENDI; ALICIA GARCIA; CINDY GARCIA; 23  MAZANIN GHOTBRAZMJO; LINDA JOYCE GUY; TRACY HUMPHREY; 24  MARYAM KAMALZADEH; BABAK KAZEMI SHIRAZI; MANIA KAZEMI 25  SHIRAZI; KYOUNG KIM; JOSEPH LEAVITT; MEGHAN LEAVITT; 26  JENNIFER LEE; JONG LEE; JERI LINNERT; ANDREA LOPEZ; LINDA 27  LUO, SEYED HANIF MAHBOOBI; CHANEL MAHBOUBI; MAZIAR 28  MAHBOUBI; MONA MARASHIL; NAZANIN MARASHI: PEYDA | Case No.<br><br>**DEFENDANTS SOUTHERN CALIFORNIA EDISON COMPANY AND EDISON INTERNATIONAL'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. SECTION 1441]<br>[Federal Question Jurisdiction] |

|   |   |
|---|---|
| 1 | MARASHI; BRENDA MARTINEZ; CIRO NACAR; MARIA DOLORES NACAR; DIVYA NARALA, HARIPRIYA NARALA; SESHU NARALA; JENNIFER NGUYEN; SEAN NGUYEN; NATHANIEL CARL ONG; EAMON PHELAN; EMMA A. PHELAN; ROSS E. PHELAN; AARON PULS, ARYAN RABBANI; JEFFREY RIEGER; PENELOPE RIEGER; ELAHEH SALEHIMEHR; JESS SALSMAN; AUDREY E. SILVA; JUDI SUZUKI; AMY TAYLOR; STEVEN TUCK; MAURICIO VALENCIA; KOBRA VAZIRI; KEVIN VUU; PATRICIA WU; TOMMY YAO. |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 | Plaintiffs, |
| 11 | vs. |
| 12 | SOUTHERN CALIFORNIA EDISON COMPANY, a California Corporation; EDISON INTERNATIONAL, a California Corporation; T-MOBILE USA INC., a Washington Corporation, and DOES 1-200, inclusive, |
| 13 |  |
| 14 |  |
| 15 | Defendants. |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1331, 1441, and 1446, Defendants Southern California Edison Company ("SCE") and Edison International ("EIX") (collectively, the "Edison Defendants") hereby give notice of the removal of the action *Abdelghany, et al. v. Southern California Edison Company, et al.*, No. 30-2021-01195715, which is currently pending in the Superior Court of California, County of Orange, to this United States District Court for the Central District of California, Southern Division – Santa Ana.

In support of removal, the Edison Defendants state as follows:

1. On or about April 14, 2021, plaintiffs Samar Abdelghany, Sedidgheh Alamoti, Ommid Bavarian, Ikram Bitar, Johanna Bitar, Andrew Blanton, Cory

Brantley, Margaret Burgardt, Crystal Cannon, Renyi Cao, Qi Chen, Steven Chen, Jesika Clement, Varun Dendi, Lan Deng, Dehzad Derakhshani, Ashok Eda, Mohamed Elhendi, Alicia Garcia, Cindy Garcia, Mazanin Ghotbrazmjo, Linda Joyce Guy, Tracy Humphrey, Maryam Kamalzadeh, Babak Kazemi Shirazi, Mania Kazemi Shirazi, Kyoung Kim, Joseph Leavitt, Meghan Leavitt, Jennifer Lee, Jong Lee, Jeri Linnert, Andrea Lopez, Linda Luo, Seyed Hanif Mahboobi, Chanel Mahboubi, Maziar Mahboubi, Mona Marashil, Nazanin Marashi, Peyda Marashi, Brenda Martinez, Ciro Nacar, Maria Dolores Nacar, Divya Narala, Haripriya Narala, Seshu Narala, Jennifer Nguyen, Sean Nguyen, Nathanial Carl Ong, Eamon Phelan, Emma A. Phelan, Ross E. Phelan, Aaron Puls, Aryan Rabbani, Jeffry Rieger, Penelope Rieger, Elaheh Salehimehr, Jess Salsman, Audrey E. Silva, Judi Suzuki, Amy Taylor, Steven Tuck, Mauricio Valencia, Kobra Vaziri, Kevin Vuu, Patricia Wu, and Tommy Yao ("Plaintiffs") filed a Complaint in the Superior Court of California, County of Orange, Case No. 30-2021-01195715 (the "State Court Action"). A true and correct copy of the Complaint and Summons and Civil Case Cover Sheet showing service on SCE on April 22, 2021, is attached as **Exhibit A**. A true and correct copy of the Complaint and Summons and Civil Case Cover Sheet showing service on EIX on April 22, 2021, is attached as **Exhibit B**.

## FEDERAL QUESTION JURISDICTION

2. Removal of the State Court Action is proper under 28 U.S.C. § 1441(a) because the district courts of the United States have original jurisdiction over this action. As set forth below, this Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because the Complaint asserts causes of action arising under federal law—specifically, the Fifth Amendment to the U.S. Constitution. (Compl. ¶¶ 34, 43 (asserting inverse condemnation claims "[p]ursuant to the Fifth Amendment to the U.S. Constitution").)

3. Plaintiffs also assert other causes of action, (*see* Compl. ¶¶ 27-89), that rely on the same factual allegations and thus arise from the same "common nucleus of

operative fact." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966). This Court therefore has jurisdiction over all claims based on its inherent power to exercise supplemental jurisdiction. *Republic of the Philippines v. Marcos*, 862 F.2d 1355, 1359 (9th Cir. 1988); *see also* 28 U.S.C. § 1367.

## REMOVAL IS TIMELY

4. Plaintiffs filed the State Court Action against the Edison Defendants and Defendant T-Mobile, USA Inc. ("T-Mobile") on or about April 14, 2021. SCE and EIX were served in the State Court Action on or about April 22, 2021. (Declaration of Douglas J. Dixon in Support of Edison Defendants' Notice of Removal ("Dixon Decl.") ¶ 3.) This Notice of Removal is thus timely, the Edison Defendants having filed it within 30 days after service. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) ("[T]he 'service or otherwise' language was not intended to . . . bypass service as a starter for § 1446(b)'s clock.").

## VENUE IS PROPER IN THIS COURT

5. The U.S. District Court for the Central District of California, Southern Division – Santa Ana, is the "district and division within which [the state court action] is pending," i.e., Orange County, California. Thus, venue in this Court is proper under 28 U.S.C. § 1446(a).

## SCE AND EIX CONSENT TO REMOVAL

6. The undersigned counsel represent both SCE and EIX in this case. SCE and EIX have been served in the State Court Action. (Dixon Decl. ¶ 3.) But the Edison Defendants are not aware that T-Mobile has been served in the State Court Action. (*See id.* ¶ 5.)

7. Both SCE and EIX consent to removal. The consent of T-Mobile is not required because, to the best of the Edison Defendants' knowledge, it has not been served. *See Aqua Connect, Inc. v. Code Rebel LLC*, No. CV 11-5764 RSWL (MANx), 2011 WL 5075421, at *4 (C.D. Cal. Oct. 25, 2011) ("The court finds removal was proper because Defendants . . . did not need consent of unserved Defendant Bickov to

remove."); (Dixon Decl. ¶ 5 (no evidence on the State Court Action's docket that T-Mobile has been served)). The consent of the remaining unnamed Doe Defendants is similarly not required. *See Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980) (unnamed defendants not required to join in removal petition).

## NOTICE TO PLAINTIFFS AND STATE COURT

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly serve upon Plaintiffs' counsel of record and file with the Orange County Superior Court a true and correct copy of this Notice.

By removing this action to this Court, the Edison Defendants do not waive but instead expressly preserve any and all arguments and defenses available to them.

WHEREFORE, the Edison Defendants respectfully remove this action from the Superior Court of the State of California, in and for the County of Orange, to this Court pursuant to 28 U.S.C. § 1441(a).

Dated: April 23, 2021

Respectfully submitted,

HUESTON HENNIGAN LLP

By: _____
Douglas J. Dixon
Attorney for Defendants
Southern California Edison Company and Edison International